EVA BERNICE LUKE, a widow; W. C. KEMP as Successor Trustee, *et al.,* v. FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION OF MIAMI, a United States Corporation.

3 So. (2nd) 153
Opinion Filed June 27, 1941

*Peters & Kemp,* for Appellants;

*Blackwell & Walker,* for Appellee.

PER CURIAM.—The controlling question in this case is simply whether or not the evidence submitted supports the findings of the Master which were approved and adopted by the chancellor in entering the challenged decree.

The evidence has been examined and is found amply sufficient.

On consideration of the entire record no reversible error is found.

Decree is affirmed.

So ordered.

Affirmed.

BROWN, C. J., WHITFIELD, BUFORD and ADAMS, J. J., concur.